IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALL USD COIN ("USDC") CRYPTOCURRENCY LOCATED ON THE ETHEREUM BLOCKCHAIN IN THE FOLLOWING VIRTUAL CURRENCY ADDRESS: 0x375C16ddeB488944ab8F470Fe89D29CE1C6575ac,<br><br>Defendants. | Civil Action No. 26-1729 |

VERIFIED COMPLAINT FOR FORFEITURE

AND NOW comes the United States of America, by and through its counsel, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Jill L. Locnikar, Assistant United States Attorney for the Western District, and respectfully represents as follows:

1. Plaintiff, the United States of America, brings this civil action *in rem* for forfeiture to the United States of all USD Coin held in cryptocurrency wallet address 0x375C16ddeB488944ab8F470Fe89D29CE1C6575ac, (the "Defendant Property"), further described by asset identification number 26-FBI-004151, pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 982(a)(1).

2. Jurisdiction is predicated upon 28 U.S.C. § 1345 and § 1355(a). Venue is proper under 28 U.S.C. § 1395 and § 1355(b).

3. From on or about September 2025 through April 2026, the Federal Bureau of

Investigation (FBI) investigated actors responsible for perpetrating a "pig butchering" scam[1] against a victim located in the Western District of Pennsylvania, Y.C., who reported a loss of approximately $1,008,000.00.

4. In or around September 2025 the victim, Y.C., discovered an advertisement for a business opportunity on a Chinese-language website. Y.C. communicated with the business through email and was later given a WhatsApp contact for a Huarong Jiang ("Jiang").

5. Y.C. continued to communicate with Jiang over WhatsApp, and eventually Jiang introduced Y.C. to other individuals on the platform, included a Ziying Yang ("Yang"). Yang then introduced Y.C. to Connie Chan ("Chan") who was introduced as Yang's aunt.

6. Y.C. continued to communicate with Yang and Chan over WhatsApp. Eventually Chan introduced the idea of investing in cryptocurrency through a trading platform called "Multibank."

7. Chan instructed Y.C. to download an application where Y.C. could see their shared cryptocurrency investments. In these types of pig butchering scams, the perpetrator will send the victim a platform or domain under the control of the perpetrator, to give the victim the semblance of their investments growing. This is done to entice the victim to continue to invest more.

8. At the guidance of Chan and Yang, Y.C. began to invest on Multibank. Y.C. then purchased approximately $2,000.00 of cryptocurrency on Kraken, a lawful platform on which to purchase cryptocurrency, and initiated a transfer to Multibank.

---

[1] A "pig butchering" scam is a type of investment fraud scam where the perpetrator convinces the victim to start investing in cryptocurrency. Victims often receive texts from the perpetrator pretending to be a wrong number, the perpetrator then begins to gain the victims' trust and eventually convinces the victim to make several investments in cryptocurrency. In reality the investments the victim makes goes directly to the perpetrator.

9. After the first successful investment on Multibank, Y.C. continued to use Kraken as a method of purchasing cryptocurrency and then transferring the virtual funds onto Multibank.

10. Over several months Y.C. regularly invested large amounts of currency into Multibank and by around February 2026, Y.C. appeared to have $18,000,000.00 worth of cryptocurrency.

11. In or around February 2026, Y.C. noticed that his account on Multibank was frozen. Y.C. contacted Yang and Yang advised Y.C. that to unfreeze the account, he needed to transfer funds to a different account on Multibank to. For Y.C. to initiate the transfer, Multibank required a "fee" of $100,000 which Y.C. paid with cryptocurrency.

12. It is common in these pig butchering scams for the perpetrator to instruct the victim to pay taxes or other arbitrary charges in exchange for access to their funds.

13. After paying the fee, it appeared Y.C.'s account was successfully unfrozen. After paying the fee, Y.C. was able to withdraw 1,000 USDC from his account.

14. Y.C. then attempted to withdraw a larger amount of $4,000,000 from Multibank, which was unsuccessful. The attempted withdrawal prompted a "review" of Y.C.'s account that required Y.C. to provide a fee of $100,000.00 to complete the review. Y.C. chose not to pay the fee and was unable to access the requested withdrawal amount.

15. From October 2025 and April 2026, Y.C. invested approximately $1,008,000.00 in cryptocurrency, which Y.C. has not been able to recover.

16. Y.C. then contacted the FBI about being a victim of a scam, and the FBI interviewed him in May.

17. The FBI performed cryptocurrency tracing on the $1,008,000.00 of funds Y.C. transferred to Multibank to determine the location of the funds. Ultimately the tracing revealed the destination of a portion of the funds to be held in a private cryptocurrency wallet address

0x375C16ddeB488944ab8F470Fe89D29CE1C6575ac (the "Target Virtual Currency Adress").

**<u>Tracing Victim Y.C.'s Stolen Funds</u>**

18. Approximately between January 3 to January 6, 2026, Y.C. transferred 198,916 of UDSC, worth $198,916.00 in United States currency, to virtual cryptocurrency wallet address 0x2bD842b0dFEa21b1E417De72ebb362dED30a963 ("Address-1"). Address-1 is a private cryptocurrency wallet and is not hosted on a legitimate cryptocurrency exchange platform such as Kraken. An illustration of the transaction is depicted below:




19. Between January 6 and January 7, 2026, the entirety of funds from Address-1 to a private virtual cryptocurrency address, 0xaDf54d80Adf11f686F8f69f8B56523bD6230712e ("Address-2"). An illustration of the transaction is depicted below:




20. On or about January 8, 2026, approximately 29,900 USDC of funds were transferred from Address-2 to the Target Virtual Currency Address. An illustration of the transaction is depicted below:




21. The Target Virtual Currency Address already contained a balance of 100 USDC, bringing the total balance of the Target Virtual Currency Address to 30,000 USDC as of May 27, 2026.

22. As of June 10, 2026, FBI has not identified any legitimate source of income in the

Target Virtual Currency Address.

23. A seizure warrant was issued and executed on the Defendant Property on June 10, 2026, and subsequently Circle froze the wallet address known as 0x375C16ddeB488944ab8F470Fe89D29CE1C657ac.

24. Based on the foregoing, the Defendant Property represents proceeds generated from money laundering in violation of 18 U.S.C. 1956 and therefore is forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 982(a)(1).

WHEREFORE, the United States of America respectfully requests that Judgment of Forfeiture be entered in favor of the United States for the Defendant Property; and that the United States be granted such relief as this Honorable Court may deem just and proper, together with the costs and disbursements of this Action.

Respectfully submitted,

TROY RIVETTI
United States Attorney

*<u>/s/ Jill L. Locnikar</u>*

JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7429
(412)644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)

VERIFICATION

I am a Special Agent of the Federal Bureau of Investigation, Department of Justice, and the case agent assigned to this case.

I have read the contents of the foregoing complaint for forfeiture and the statements contained therein are true and correct to the best of my knowledge and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of August, 2026.

*/s/ Mackenzie Lynn Monarko*
MACKENZIE LYNN MONARKO
Special Agent
Federal Bureau of Investigation
Pittsburgh Division